**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 23-CR-397 (CJN)** |
| v. | |
| **KEITH JONES,** also known as "Chief" | |
| **Defendant.** | |

**NOTICE OF FILING REGARDING URINALYSES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice regarding the urinalyses of Keith Jones pursuant to a discussion before the Court at the January 25, 2024 status hearing.

Undersigned government counsel was incorrectly informed by the Deputy General Counsel of the District of Columbia Department of Corrections via electronic mail on January 12, 2024 that Mr. Jones was given a urinalyses after he returned to jail on January 12, 2024. On January 29, 2024, undersigned government counsel was informed by the Deputy General Counsel that due to an administrative error, a urinalyses was never performed on Mr. Jones.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*/s/ Justin F. Song*
JUSTIN F. SONG
Assistant United States Attorney
N.Y. Attorney No. 5626379
601 D Street NW
Washington, D.C. 20530

1

(202) 227-9019
Justin.Song@usdoj.gov