## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 23-CR-397 (CJN)** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **21 U.S.C. §§ 846, 841(b)(1)(B)(vi)** |
| **KEITH JONES,** | : | **18 U.S.C. § 922(g)(1)** |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about October 1, 2021, and continuing through October 28, 2023, within the District of Columbia and elsewhere, **KEITH JONES**, and co-conspirators not listed herein, did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute more than 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide, also known as Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

(**Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of a Mixture Containing Fentanyl**, in violation of Title 21, United States Code, Section 846 and Section 841 (b)(1)(B)(vi))

### COUNT TWO

On or about October 28, 2023, within the District of Columbia, **KEITH JONES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one

year, in Prince George's County case number CT190746X, did unlawfully and knowingly receive and possess a firearm, that is, a black Smith & Wesson M&P 40 caliber firearm, and did unlawfully and knowingly receive and possess ammunition, that is 40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count Two of this Superseding Information, the defendant, **KEITH JONES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a black Smith & Wesson M&P 40 caliber firearm and 40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        */s/ Justin F. Song*
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20530
        (202) 227 9019
        Justin.Song@usdoj.gov